AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| **PHILLIP WILLIAMS,**<br>**Plaintiff,**<br><br>v.<br><br>**THE CITY OF OKLAHOMA CITY, et al.,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>) |

Case No.: CIV-14-81-F

## BILL OF COSTS

Judgment having been entered in the above entitled action on  January 25, 2018  against  **Defendants**  ,
                                                                                          Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | $400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | $5,559.77 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $2,229.24 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $4,977.69 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | n/a |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | n/a |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | n/a |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | n/a |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $251.07 |
| | TOTAL       $ | **13,417.77** |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[X]   Electronic service          [ ]   First class mail, postage prepaid

[ ]   Other: _____

s/ Attorney: _____

Name of Attorney:  Carl Hughes

For:  Phil Williams                                              Date:  February 5, 2018
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

Carmelita Reeder Shinn          By: _____          _____
*Clerk of Court*                          *Deputy Clerk*                          *Date*

# UNITED STATES DISTRICT COURT

| | **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | |
|---|---|---|---|---|---|---|

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **SUBPOENAED FOR TRIAL (Testified)** | | | | | | | |
| Jeff Puckett Norman, OK…………………………………… | 1 | $40 | | | 24.21 | $12.95 | **$52.95** |
| Tony Alvarado Oklahoma City, OK………………………………… | 1 | $40 | | | 6.00 | $3.21 | **$43.41** |
| Mark Wenthold Oklahoma City, OK………………………………… | 1 | $40 | | | 0.80 | $0.43 | **$40.43** |
| Dr. Lane Peyton Oklahoma City, OK………………………………… | 1 | $40 | | | 4.60 | $2.46 | **$42.46** |
| Eric Hayes Oklahoma City, OK………………………………… | 1 | $40 | | | 5.10 | $2.73 | **$42.73** |
| Tom Terhune Oklahoma City, OK………………………………… | 1 | $40 | | | 0.69 | $0.37 | **$40.37** |
| Ed Hill Oklahoma City, OK………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| | | | | | | | **(NEXT PAGE)** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Mark Teachman<br>Oklahoma City, OK…………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Kenny Lanman<br>Oklahoma City, OK…………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Matthew McRorie<br>Oklahoma City, OK…………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.16** |
| Ed Kumiega<br>Oklahoma City, OK…………………………………… | 1 | $40 | | | 0.30 | $0.16 | **$40.38** |
| Mark Yancy<br>Oklahoma City, OK…………………………………… | 1 | $40 | | | 0.30 | $0.16 | **$40.16** |
| | | | | | | SUBTOTAL | $504.19 |
| **SUBPOENAED FOR TRIAL (Not Called)** | | | | | | | |
| Jacob Jones<br>Oklahoma City, OK…………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| | | | | | | | **(NEXT PAGE)** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT

| | Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Marty Stupka Oklahoma City, OK……………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Greg Johnston Oklahoma City, OK……………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Scott Dupy Oklahoma City, OK……………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Brian Williford Oklahoma City, OK……………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Wade Gourley Oklahoma City, OK……………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Brent Shetley Oklahoma City, OK……………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Mike Labady Oklahoma City, OK……………………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| | | | | | | | **(NEXT PAGE)** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(I)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Dean Lack<br>Oklahoma City, OK............................................ | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Kyle Webb<br>Oklahoma City, OK............................................ | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Vance Allen<br>Oklahoma City, OK............................................ | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Shannon McCarty<br>Oklahoma City, OK............................................ | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Roger Frost<br>Oklahoma City, OK............................................ | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Scott Smith<br>Oklahoma City, OK............................................ | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Matthew Martin<br>Oklahoma City, OK............................................ | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| | | | | | | | **(NEXT PAGE)** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| Chris Swanson<br>Oklahoma City, OK……………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Richie Willis<br>Oklahoma City, OK……………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| James Parsons<br>Oklahoma City, OK……………………………… | 1 | $40 | | | 0.71 | $0.38 | **$40.38** |
| Steve Carson<br>Oklahoma City, OK……………………………… | 1 | $40 | | | 0.50 | $0.27 | **$40.27** |
| Jennifer Chance<br>Oklahoma City, OK……………………………… | 1 | $40 | | | 13.89 | $7.43 | **$47.43** |
| Paul Reynolds<br>Oklahoma City, OK……………………………… | 1 | $40 | | | 27.79 | $14.87 | **$54.87** |
| | | | | | | | **(NEXT PAGE)** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Preston Williams<br>Granite Shoals, TX………………………………… | 1 | $40 | | | 390.00 | $208.65 | **$248.65** |
| Gary Eastridge<br>Oklahoma City, OK………………………………… | 1 | $40 | | | 0.30 | $0.16 | **$40.16** |
| Josh Herron<br>Oklahoma City, OK………………………………… | 1 | $40 | | | 7.79 | $4.17 | **$44.17** |
| Angelo Orefice<br>Bethany, OK………………………………………… | 1 | $40 | | | 9.31 | $4.98 | **$44.98** |
| Phil Cole<br>Bethany, OK………………………………………… | 1 | $40 | | | 9.31 | $4.98 | **$44.98** |
| Randy Castle<br>Oklahoma City, OK………………………………… | 1 | $40 | | | 14.39 | $7.70 | **$47.70** |
| | | | | | **SUBTOTAL** | | $1,340.05 |
| | | | | | **(NEXT PAGE)** | | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT

| | Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **SUBPOENAED FOR DEPOSITIONS** | | | | | | | |
| Ed Kumiega Oklahoma City, OK………………………………… | 1 | $40 | | | 26.09 | $15.00 | **$55.00** |
| Scott Palk Oklahoma City, OK………………………………… | 1 | $40 | | | 26.09 | $15.00 | **$55.00** |
| Mark Yancy Oklahoma City, OK………………………………… | 1 | $40 | | | 26.09 | $15.00 | **$55.00** |
| James Finch Oklahoma City, OK………………………………… | 1 | $40 | | | 26.09 | $15.00 | **$55.00** |
| Department of Justice - Rule 30(b)(6) Oklahoma City, OK………………………………… | 1 | $40 | | | 26.09 | $15.00 | **$55.00** |
| U.S. Attorney for West. Dist. Okla. - Rule 30(b)(6) Oklahoma City, OK………………………………… | 1 | $40 | | | 26.09 | $15.00 | **$55.00** |
| | | | | | | | **(NEXT PAGE)** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Federal Bureau of Investigation - Rule 30(b)(6) Oklahoma City, OK.......................................... | 1 | $40 | | | 26.09 | $15.00 | **$55.00** |
| | | | | | SUBTOTAL | | **$385.00** |
| **WITNESS FEE TOTALS** <br><br> SUBPOENAED FOR TRIAL (Testified)................. | | | | | | | **$504.19** |
| SUBPOENAED FOR TRIAL (Not Called)................ | | | | | | | **$1,340.05** |
| SUBPOENAED FOR DEPOSITIONS.................. | | | | | | | **$385.00** |
| | | | | | **TOTAL** | | **$2,229.24** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## **Fees of the Clerk**

| Description | Cost |
|---|---|
| Filing Fee | $400.00 |

**TOTAL:**          **$400.00**

DUPLICATE

Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500037777
Cashier ID: cprice
Transaction Date: 01/29/2014
Payer Name: Phillip A Williams
------------------------------------
CIVIL FILING FEE
 For: Phillip A Williams
 Case/Party: D-OKW-5-14-CV-000081-001
 Amount:      $400.00
------------------------------------
CHECK
 Check/Money Order Num: 4959
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

Filing Fee

Williams v OKC of et al
CIV-14-81-F

Return check fee $53

# Printed/Electronically Recorded Transcripts

| Description | Cost |
|---|---|
| Transcript of Deposition Kumiega (i) | $1,072.75 |
| Transcript of Deposition Kumiega (ii) | $535.75 |
| Transcript of Deposition Finch | $282.00 |
| Transcript of Deposition Dr. Peyton | $162.80 |
| Transcript of Deposition D. Woodruff and C. Woodruff | $1,040.25 |
| Transcript of Deposition Hoskins | $539.00 |
| Transcript of Deposition Williams | $381.25 |
| Transcript of Deposition Citty | 760.75 |
| Transcript of Deposition Sumner | 308.85 |
| Transcript of Trial (Partial) 01/10 & 01/19/18 | $291.00 |
| Transcript of Hearing 12/20/17 | $83.37 |
| Transcript of Hearing 06/13/16 | $102.00 |

**TOTAL:      $5,559.77**

# INVOICE

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46998 | 8/11/2016 | 12675 |
| **Job Date** | **Case No.** | |
| 7/28/2016 | CIV-14-81-F | |
| **Case Name** | | |
| Phillip Williams v. City of OKC | | |
| **Payment Terms** | | |
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| ORIGINAL AND **1** CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Edward Joseph Kumiega - Vol. I | 1,072.75 |
| | **TOTAL DUE  >>>**    **$1,072.75** |

Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 1,072.75 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 73-1280676

Phone: 405-848-0111   Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| | | |
|---|---|---|
| Invoice No. | : | 46998 |
| Invoice Date | : | 8/11/2016 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Steve Meador & Associates**
           **318 Northwest 13th Street**
           **Oklahoma City OK  73103-3709**

| | | |
|---|---|---|
| Job No. | : | 12675 |
| BU ID | : | 1-MAIN |
| Case No. | : | CIV-14-81-F |
| Case Name | : | Phillip Williams v. City of OKC |

# INVOICE

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47034 | 8/26/2016 | 12737 |

| Job Date | Case No. | |
|---|---|---|
| 8/23/2016 | CIV-14-81-F | |

| Case Name | | |
|---|---|---|
| Phillip Williams v. City of OKC | | |

| Payment Terms | | |
|---|---|---|
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Edward Joseph Kumiega                                             535.75

                                      **TOTAL DUE >>>**        **$535.75**

Thank you!

                            (-) Payments/Credits:          535.75
                            (+) Finance Charges/Debits:      0.00
                            (=) New Balance:                $0.00

**Tax ID: 73-1280676**                                     Phone: 405-848-0111   Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| | | |
|---|---|---|
| Invoice No. | : | 47034 |
| Invoice Date | : | 8/26/2016 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Steve Meador & Associates**
           **318 Northwest 13th Street**
           **Oklahoma City OK  73103-3709**

| | | |
|---|---|---|
| Job No. | : | 12737 |
| BU ID | : | 1-MAIN |
| Case No. | : | CIV-14-81-F |
| Case Name | : | Phillip Williams v. City of OKC |

# INVOICE

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47304 | 12/1/2016 | 12990 |

| Job Date | Case No. | |
|---|---|---|
| 11/28/2016 | CIV-14-81-F | |

| Case Name | | |
|---|---|---|
| Phillip Williams v. City of OKC | | |

| Payment Terms | | |
|---|---|---|
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

James Elliott Finch                                          282.00

                                    **TOTAL DUE >>>**        **$282.00**

Thank you!

                                    (-) Payments/Credits:          282.00
                                    (+) Finance Charges/Debits:      0.00
                                    **(=) New Balance:**           **$0.00**

**Tax ID:** 73-1280676                              Phone: 405-848-0111   Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| | | |
|---|---|---|
| Invoice No. | : | 47304 |
| Invoice Date | : | 12/1/2016 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Steve Meador & Associates**
          **318 Northwest 13th Street**
          **Oklahoma City OK  73103-3709**

| | | |
|---|---|---|
| Job No. | : | 12990 |
| BU ID | : | 1-MAIN |
| Case No. | : | CIV-14-81-F |
| Case Name | : | Phillip Williams v. City of OKC |

# INVOICE

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114  Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48012 | 10/26/2017 | 13602 |
| **Job Date** | **Case No.** | |
| 10/20/2017 | CIV-14-81-F | |
| **Case Name** | | |
| Phillip Williams v. City of OKC | | |
| **Payment Terms** | | |
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Marvin L. Peyton, M.D. | | 162.80 |
| | **TOTAL DUE >>>** | **$162.80** |

Thank you!

| | | |
|---|---|---|
| (-) Payments/Credits: | | 162.80 |
| (+) Finance Charges/Debits: | | 0.00 |
| (=) New Balance: | | **$0.00** |

**Tax ID:** 73-1280676

Phone: 405-848-0111   Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

Invoice No.   :  48012
Invoice Date  :  10/26/2017
**Total Due**     :  **$ 0.00**

Remit To: **Steve Meador & Associates**
**318 Northwest 13th Street**
**Oklahoma City OK  73103-3709**

Job No.     :  13602
BU ID       :  1-MAIN
Case No.    :  CIV-14-81-F
Case Name   :  Phillip Williams v. City of OKC

# I N V O I C E

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48040 | 11/8/2017 | 13617 |

| Job Date | Case No. | |
|---|---|---|
| 10/27/2017 | CIV-14-81-F | |

| Case Name | | |
|---|---|---|
| Phillip Williams v. City of OKC | | |

| Payment Terms | | |
|---|---|---|
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Darla Woodruff                                        598.25
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Chris Woodruff                                       442.00

**TOTAL DUE  >>>**     **$1,040.25**

Thank you!

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,040.25** |

**Tax ID:** 73-1280676                               Phone: 405-848-0111   Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| | | |
|---|---|---|
| Invoice No. | : | 48040 |
| Invoice Date | : | 11/8/2017 |
| **Total Due** | : | **$ 1,040.25** |

Remit To: **Steve Meador & Associates**
         **318 Northwest 13th Street**
         **Oklahoma City OK  73103-3709**

| | | |
|---|---|---|
| Job No. | : | 13617 |
| BU ID | : | 1-MAIN |
| Case No. | : | CIV-14-81-F |
| Case Name | : | Phillip Williams v. City of OKC |

# INVOICE

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48056 | 11/14/2017 | 13628 |
| **Job Date** | **Case No.** | |
| 11/1/2017 | CIV-14-81-F | |
| **Case Name** | | |
| Phillip Williams v. City of OKC | | |
| **Payment Terms** | | |
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF;
   Michael Hoskins

539.00

**TOTAL DUE  >>>**          **$539.00**

Thank you!

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$539.00** |

**Tax ID:** 73-1280676

Phone: 405-848-0111   Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| Invoice No. | : | 48056 |
|---|---|---|
| Invoice Date | : | 11/14/2017 |
| **Total Due** | : | **$ 539.00** |

Remit To: **Steve Meador & Associates**
       **318 Northwest 13th Street**
       **Oklahoma City OK  73103-3709**

| Job No. | : | 13628 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | CIV-14-81-F |
| Case Name | : | Phillip Williams v. City of OKC |

# INVOICE

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48066 | 11/17/2017 | 13631 |
| **Job Date** | **Case No.** | |
| 11/2/2017 | CIV-14-81-F | |
| **Case Name** | | |
| Phillip Williams v. City of OKC | | |
| **Payment Terms** | | |
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Phillip Williams                                       381.25

                                   **TOTAL DUE  >>>**       **$381.25**

Thank you!

                      **(-) Payments/Credits:**      0.00
                      **(+) Finance Charges/Debits:**      0.00
                      **(=) New Balance:**      **$381.25**

**Tax ID:** 73-1280676                                             Phone: 405-848-0111    Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

Invoice No.    :   48066
Invoice Date    :   11/17/2017
**Total Due**    :   **$ 381.25**

Remit To: **Steve Meador & Associates**
           **318 Northwest 13th Street**
           **Oklahoma City OK  73103-3709**

Job No.       :   13631
BU ID         :   1-MAIN
Case No.     :   CIV-14-81-F
Case Name   :   Phillip Williams v. City of OKC

# I N V O I C E

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48044 | 11/10/2017 | 13619 |
| **Job Date** | **Case No.** | |
| 10/30/2017 | CIV-14-81-F | |
| **Case Name** | | |
| Phillip Williams v. City of OKC | | |
| **Payment Terms** | | |
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| William Citty | 760.75 |
| **TOTAL DUE  >>>** | **$760.75** |

Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$760.75** |

**Tax ID:** 73-1280676

Phone: 405-848-0111   Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| | | |
|---|---|---|
| Invoice No. | : | 48044 |
| Invoice Date | : | 11/10/2017 |
| **Total Due** | **:** | **$ 760.75** |

Remit To: **Steve Meador & Associates**
**318 Northwest 13th Street**
**Oklahoma City OK  73103-3709**

| | | |
|---|---|---|
| Job No. | : | 13619 |
| BU ID | : | 1-MAIN |
| Case No. | : | CIV-14-81-F |
| Case Name | : | Phillip Williams v. City of OKC |

# INVOICE

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114  Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48174 | 1/2/2018 | 13763 |
| **Job Date** | **Case No.** | |
| 12/28/2017 | CIV-14-81-F | |
| **Case Name** | | |
| Phillip Williams v. City of OKC | | |
| **Payment Terms** | | |
| Net 60 | | |

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

1 CERTIFIED COPY OF TRANSCRIPT OF:

Steven Sumner

308.85

**TOTAL DUE  >>>**   **$308.85**

Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$308.85** |

**Tax ID:** 73-1280676

Phone: 405-848-0111   Fax:

*Please detach bottom portion and return with payment.*

Carl D. Hughes
Hughes & Hughes
1218 East 9th Street, Suite 8
Edmond OK  73034

| | | |
|---|---|---|
| Invoice No. | : | 48174 |
| Invoice Date | : | 1/2/2018 |
| **Total Due** | : | **$ 308.85** |

Remit To: **Steve Meador & Associates**
**318 Northwest 13th Street**
**Oklahoma City OK  73103-3709**

| | | |
|---|---|---|
| Job No. | : | 13763 |
| BU ID | : | 1-MAIN |
| Case No. | : | CIV-14-81-F |
| Case Name | : | Phillip Williams v. City of OKC |

**United States District Court**
**Western District of Oklahoma**

Date: 01/21/2018
Invoice Number: 20180126
Re: Williams v. OKC

To:

**Mr. Carl Hughes**
**Hughes & Hughes**
1218 E 9th St
Suite 8
Edmond, OK, 73034

Make Checks Payable To:

**Tracy Washbourne, CRR, RDR**
**Official US Court Reporter**
EIN / Tax ID: 731437500
317 Ridgecrest Road
Edmond, OK, 73013
**Phone:** (405) 314-5431
**Fax:** (405) 657-2169
**Email:** tracy.washbourne@gmail.com

Case Details:

**Case Number:** CV-14-81
**Case Title:** Phillip Williams vs. City of Oklahoma City
**Case Description:** Excerpt of opening statement had on
1/10/18 and trial testimony of Jay Digby had on 1/19/18
**Criminal or Civil:** Civil

**Proceeding Date:** Jan 19, 2018
**Courthouse:** OKWD
**Judge Hearing Case:** Friot

Transcripts:

**Date Ordered:** Jan 19, 2018
**Date Delivered:** Jan 21, 2018
**Transcripts Requested By:** Carl Hughes

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 60 | $4.85 | $291.00 |

**Total:** $291.00

**Amount Due:** $291.00

*/s/ Tracy Washbourne*

# United States District Court
# Western District

Date: 12/21/2017

Invoice Number: 20170036

Re: Williams v. OKC, et al.

## To:

**Carl Hughes**
**Hughes & Hughes**
1218 East 9th Street
Edmond, Oklahoma, 73034
**Email:** carl.hughes@sbcglobal.net

## Make Checks Payable To:

**Emily Eakle, CSR, RPR, RMR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 47-3512477
15417 Creek View Dr.
Edmond, Oklahoma, 73013
**Phone:** (405) 388-3942
**Email:** eereporting17@gmail.com

## Case Details:

**Case Number:** CIV-14-81-F
**Case Title:** Phillip Williams vs. City of
Oklahoma City, et al.
**Case Description:** Motions hearing transcript
**Criminal or Civil:** Civil

**Proceeding Date:** Dec 20, 2017
**Courthouse:** Western District
**Judge Hearing Case:** Stephen P. Friot

## Transcripts:

**Date Ordered:** Dec 20, 2017
**Date Delivered:** Dec 21, 2017

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 23 | $6.05 | $139.15 |
| Daily 1st Copy | 23 | $1.20 | $27.60 |

**Total:** $83.37
**Discount for late delivery:** $83.38

## Amount Due: $83.37

### Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate. THE "LATE FEE" DISCOUNT IS USED IN ORDER TO SPLIT THE INVOICE BETWEEN THE PARTIES.

*/s/ Emily Eakle*

(Rev. 11/07)

UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| INVOICE NO: | 20160029 |
|---|---|

**MAKE CHECKS PAYABLE TO:**

Mr. Carl D. Hughes
Hughes & Hughes
1218 E 9th St.
Suite 8
Edmond, OK 73034

Phone:

Tracy Washbourne, RPR, Inc.
United States Court Reporter
317 Ridgecrest Road
Edmond, OK 73013

| Phone: | (405) 609-5505 |
|---|---|
| FAX | (405) 286-0347 |
| Tax ID: | 73-1437500 |
| Tracy.Washbourne@gmail.com | |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 06-13-2016 | DATE DELIVERED: 06-21-2016 |
|---|---|---|---|

**Case Style:** CV-14-81, Phillip Williams v City of OKC
Motion hearing had on 6/13/16

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 24 | 4.25 | 102.00 | | 0.90 | | | 0.60 | | 102.00 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 102.00 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $102.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 06-21-2016 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

## Witness Fees Totals

| Description | Cost |
|---|---|
| Subpoenaed for Trial – Testified | $504.19 |
| Subpoenaed for Trial – Not Called | $1,340.05 |
| Subpoenaed for Deposition | $385.00 |

**SUBTOTAL:** **$2,229.24**

## Witness Fee – Subpoenaed For Trial – Testified

| Description | Cost |
|---|---|
| Jeff Puckett | $52.95 |
| Tony Alvarado | $43.41 |
| Mark Wenthold | $40.43 |
| Dr. Lane Peyton | $42.46 |
| Eric Hayes | $42.73 |
| Tom Terhune | $40.37 |
| Ed Hill | $40.38 |
| Mark Teachman | $40.38 |
| Kenny Lanman | $40.38 |
| Matthew McRorie | $40.16 |
| Ed Kumiega | $40.38 |
| Mark Yancy | $40.16 |

**SUBTOTAL:** **$504.19**

## Witness Fee – Subpoenaed For Trial – Not Called

| Description | Cost |
|---|---|
| Jacob Jones | $40.38 |
| Marty Stupka | $40.38 |
| Greg Johnston | $40.38 |
| Scott Dupy | $40.38 |
| Brian Williford | $40.38 |
| Wade Gourley | $40.38 |
| Brent Shetley | $40.38 |
| Mike Labady | $40.38 |
| Dean Lack | $40.38 |
| Kyle Webb | $40.38 |
| Vance Allen | $40.38 |
| Shannon McCarty | $40.38 |
| Roger Frost | $40.38 |
| Scott Smith | $40.38 |
| Matthew Martin | $40.38 |
| Chris Swanson | $40.38 |
| Richie Willis | $40.38 |
| James Parsons | $40.38 |
| Steve Carsons | $40.27 |
| Jennifer Chance | $47.43 |

| | |
|---|---|
| Paul Reynolds | $54.87 |
| Preston Williams | $248.65 |
| Gary Eastridge | $40.16 |
| Josh Herron | $44.17 |
| Angelo Orefice | $44.98 |
| Phil Cole | $44.98 |
| Randy Castle | $47.70 |

**SUBTOTAL:      $1,340.05**

| Witness Fee – Subpoenaed For Depositions | |
|---|---|
| **Description** | **Cost** |
| Ed Kumiega | $55.00 |
| Scott Palk | $55.00 |
| Mark Yancy | $55.00 |
| James Finch | $55.00 |
| Department of Justice – Rule 30(b)(6) | $55.00 |
| Federal Bureau of Investigation – Rule 30(b)(6) | $55.00 |
| U.S. Attorney for West. Dist. of Okla. – Rule 30(b)(6) | $55.00 |

**SUBTOTAL:      $385.00**

# CHECKS ISSUED FOR TRIAL SUBPOENAS

7:59 PM

12/21/17

PROFESSIONAL LAWYERS ASSOC., INC.

As of December 31, 2017

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit |
|------|------|-----|-----|------|------|-------|-------|--------|
| Check | 12/20/2017 | 25290 | | Scott Samuel | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.37 |
| Check | 12/20/2017 | 25291 | | Matthew McRorie | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25292 | | Kenneth Lanman | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25293 | | Jacob Jones | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25294 | | Joe VanBeckum | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25295 | | Marty Stupka | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25296 | | Stuart May | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25297 | | Greg Johnston | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25298 | | Scott Dupy | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25299 | | Aaron Dan Sharp | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25300 | | Brian Williford | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25301 | | Wade Gourley | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25302 | | Ed Hill | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25303 | | Brent Shetley | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25304 | | Mike Labady | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25305 | | Mark Teechman | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25306 | | Dean Lack | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25307 | | Kyle Webb | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25308 | | Vance Allen | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25309 | | Shannon McCarty | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25310 | | Roger Frost | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25311 | | Sky Kayz | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25312 | | Scott Smith | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25313 | | Matthew Martin | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25314 | | John Symanski | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25315 | | Michael T. Williams | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25316 | | Chris Swanson | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25317 | | Richie Willis | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.38 |
| Check | 12/20/2017 | 25318 | | James Parsons | Witness Fee: Wi... -SPLIT- | Witness Fee: Wi... -SPLIT- | | 40.27 |
| Check | 12/20/2017 | 25319 | | Steve Carson | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.43 |
| Check | 12/20/2017 | 25320 | | Mark Wenthold | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 42.73 |
| Check | 12/20/2017 | 25321 | | Eric Hayes | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 47.43 |
| Check | 12/20/2017 | 25322 | | Jennifer Chance | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 43.21 |
| Check | 12/20/2017 | 25323 | | Tony Alvarado | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 54.87 |
| Check | 12/20/2017 | 25324 | | Paul Reynolds | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 248.65 |
| Check | 12/20/2017 | 25325 | | Preston Williams | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.16 |
| Check | 12/20/2017 | 25326 | | Gary Eastridge | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.37 |
| Check | 12/20/2017 | 25327 | | Tom Terhune | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 40.37 |
| Check | 12/20/2017 | 25328 | | Jeff Puckett | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 52.95 |
| Check | 12/20/2017 | 25329 | | M. Lane Peyton, MD | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 42.46 |
| Check | 12/20/2017 | 25330 | | Josh Herron | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 44.17 |
| Check | 12/20/2017 | 25331 | | Angelo Orefice | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 44.98 |
| Check | 12/20/2017 | 25332 | | Phil Cole | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 44.98 |
| Check | 12/20/2017 | 25333 | | Randy Castle | Witness Fee: Wi... witness fee | Witness Fee: Wi... witness fee | | 47.70 |
| | | | | | | | 0.00 | 2,046.37 |



The City of
# OKLAHOMA CITY
OFFICE OF THE MUNICIPAL COUNSELOR
KENNETH JORDAN
Municipal Counselor

January 30, 2018

Carl Hughes, Esq.
**Hughes & Hughes**
1218 East 9th Street, Suite 8
Edmond, OK 73034

**Re:** *Phillip Williams v. City of Oklahoma City, et al.*
   U.S. District Court for the Western District of Oklahoma Case No. CIV-14-81-F

Dear Mr. Hughes:

Please find enclosed checks that were issued for the officers that did not testify in the above referenced case.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Sherri R. Katz
Assistant Municipal Counselor

SRK:mc
Encls.

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**
**DBA HUGHES, JOSEPH, & HUGHES**
1218 EAST 9TH STREET, SUITE 8
EDMOND, OK 73034
(405) 848-0111

BANCFIRST
BANCA CITY, OK

25290
39-363/1030

CHECK NUMBER

12/20/2017

PAY TO THE
ORDER OF   Scott Samuel                                              $ **40.37

Forty and 37/100*********************************************************************************************   DOLLARS

Scott Samuel
c/o OCPD
701 Colcord Dr.
Oklahoma City, OK 73102

MEMO

Witness Fee: Williams v. OKC (CIV-14-81-F)                    AUTHORIZED SIGNATURE

⑆025290⑆ ⑈103003632⑈ ⑆4026007412⑈

---

PROFESSIONAL LAWYERS ASSOC., INC., P.C.          DBA HUGHES, JOSEPH, & HUGHES                    25290

Scott Samuel                                                12/20/2017
                                                                                    40.37

Checking - BancFirst      Witness Fee: Williams v. OKC (CIV-14-81-F)                    40.37

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**
**DBA HUGHES, JOSEPH, & HUGHES**
1218 EAST 9TH STREET, SUITE 8
EDMOND, OK 73034
(405) 848-0111

BANCFIRST
OKLAHOMA CITY, OK

39-363/1030

CHECK ARMOR

25294

12/20/2017

PAY TO THE
ORDER OF   Joe VanBeckum                                          $**40.38

Forty and 38/100********************************************************************************************************  DOLLARS

Joe VanBeckum
c/o OCPD
701 Colcord Dr.
Oklahoma City, OK 73102

MEMO                                                          _____
                                                              AUTHORIZED SIGNATURE
Witness Fee: Williams v. OKC (CIV-14-81-F)

⑆025294⑆ ⑈103003632⑈ ⑈40260074⑆2⑈

---

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**        **DBA HUGHES, JOSEPH, & HUGHES**        25294

Joe VanBeckum                                    12/20/2017

                                                              40.38

Checking - BancFirst   Witness Fee: Williams v. OKC (CIV-14-81-F)                        40.38

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**
**DBA HUGHES, JOSEPH, & HUGHES**
1218 EAST 9TH STREET, SUITE 8
EDMOND, OK 73034
(405) 848-0111

25296

39-363/1030

12/20/2017

PAY TO THE
ORDER OF   Stuart May                                           $ **40.38

Forty and 38/100************************************************************************************************   DOLLARS

Stuart May
c/o OCPD
701 Colcord Dr.
Oklahoma City, OK 73102

MEMO

Witness Fee: Williams v. OKC (CIV-14-81-F)

AUTHORIZED SIGNATURE

⑆025296⑆ ⑈103003632⑇ ⑆40260074121⑆

---

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**        **DBA HUGHES, JOSEPH, & HUGHES**        25296

Stuart May                                              12/20/2017

40.38

Checking - BancFirst     Witness Fee: Williams v. OKC (CIV-14-81-F)                        40.38

25299

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**
**DBA HUGHES, JOSEPH, & HUGHES**
1218 EAST 9TH STREET, SUITE 8
EDMOND, OK 73034
(405) 848-0111

BANCFIRST
39-363/1030

CHECK ARMOR

12/20/2017

PAY TO THE
ORDER OF     Aaron Dan Sharp                                    $ **40.38

Forty and 38/100*********************************************************************************************     DOLLARS

Aaron Dan Sharp
c/o OCPD
701 Colcord Dr.
Oklahoma City, OK 73102

MEMO                                                    AUTHORIZED SIGNATURE

Witness Fee: Williams v. OKC (CIV-14-81-F)

⑈025299⑈ ⑆103003632⑇ ⑈402600742⑈

---

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**     **DBA HUGHES, JOSEPH, & HUGHES**     25299

Aaron Dan Sharp                                    12/20/2017

40.38

Checking - BancFirst     Witness Fee: Williams v. OKC (CIV-14-81-F)     40.38

25314

39-363/1030

BANCFIRST

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**
**DBA HUGHES, JOSEPH, & HUGHES**
1218 EAST 9TH STREET, SUITE 8
EDMOND, OK 73034
(405) 848-0111

12/20/2017

PAY TO THE
ORDER OF   John Symanski

$ **40.38

Forty and 38/100********************************************************************************************* DOLLARS

John Symanski
c/o OCPD
701 Colcord Dr.
Oklahoma City, OK 73102

MEMO

Witness Fee: Williams v. OKC (CIV-14-81-F)

AUTHORIZED SIGNATURE

⑈025314⑈ ⑆103003632⑆ ⑈402600741 2⑈

---

PROFESSIONAL LAWYERS ASSOC., INC., P.C.          DBA HUGHES, JOSEPH, & HUGHES          25314

John Symanski                                    12/20/2017

40.38

Checking - BancFirst    Witness Fee: Williams v. OKC (CIV-14-81-F)                      40.38

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**
**DBA HUGHES, JOSEPH, & HUGHES**
1218 EAST 9TH STREET, SUITE 8
EDMOND, OK 73034
(405) 848-0111

BANCFIRST
39-363/1030

CHECK NUMBER

25315

12/20/2017

PAY TO THE ORDER OF   Michael T. Williams                                    $ **40.38

Forty and 38/100************************************************************************************************ DOLLARS

Michael T. Williams
c/o OCPD
701 Colcord Dr.
Oklahoma City, OK 73102

MEMO

Witness Fee: Williams v. OKC (CIV-14-81-F)

AUTHORIZED SIGNATURE

⑂025315⑂ ⑂103003632⑂ ⑂407600241 2⑂

Photo Safe Deposit®

Details on Back.

---

**PROFESSIONAL LAWYERS ASSOC., INC., P.C.**          **DBA HUGHES, JOSEPH, & HUGHES**          25315

Michael T. Williams                                          12/20/2017

40.38

Checking - BancFirst     Witness Fee: Williams v. OKC (CIV-14-81-F)                          40.38



**THE CITY OF
OKLAHOMA CITY**

**MSgt. M. T. Williams**
Inspector

Oklahoma City Police Department
Auto Theft Unit
700 Colcord Dr
OKC, OK 73020

m.t.williams@okc.gov
**o** 405-297-1122
**f** 405-316-1122

www.okc.gov

**CARL HUGHES TRUST ACCOUNT**
1218 E. 9TH ST., SUITE 8
EDMOND, OK 73034

4677
39-363/1030

PAY TO THE ORDER OF _Ed Kumen_

DATE 6/4/15

$ 55.00

_Fifty five and 00/100_ DOLLARS

**Banc**First.
P.O. Box 26788, Oklahoma City, Oklahoma 73126
MEMBER FDIC - (405) 270-1000

FOR _Williams CIV 14-81F_

WDO   ⑈004677⑈ ⑆103003632⑆ ⑈4009568491⑈

---

**CARL HUGHES TRUST ACCOUNT**
1218 E. 9TH ST., SUITE 8
EDMOND, OK 73034

4678
39-363/1030

PAY TO THE ORDER OF _Scott Palk_

DATE 6/4/15

$ 55.00

_Fifty five and 00/100_ DOLLARS

**Banc**First.
P.O. Box 26788, Oklahoma City, Oklahoma 73126
MEMBER FDIC - (405) 270-1000

OR _Williams CIV 14-81-F_

WDO   ⑈004678⑈ ⑆103003632⑆ ⑈4009568491⑈

---

**CARL HUGHES TRUST ACCOUNT**
1218 E. 9TH ST., SUITE 8
EDMOND, OK 73034

4679
39-363/1030

PAY TO THE ORDER OF _Mark Yancey_

DATE 6/4/15

$ 55.00

_Fifty five and 00/100_ DOLLARS

**Banc**First.
P.O. Box 26788, Oklahoma City, Oklahoma 73126
MEMBER FDIC - (405) 270-1000

OR _Williams CIV 14-81-F_

WDO   ⑈004679⑈ ⑆103003632⑆ ⑈4009568491⑈

CARL HUGHES TRUST ACCOUNT
1218 E. 9TH ST., SUITE 8
EDMOND, OK 73034

4676
39-363/1030

DATE 6/4/15

PAY
TO THE
ORDER OF ___James F Fitch___ $ 55.00

___Fifty five and °°/oo___ DOLLARS

**Banc**First.
P.O. Box 26788, Oklahoma City, Oklahoma 73126
MEMBER FDIC • (405) 272-1000

FOR ___William Civil 81F___

WDO

⑆004676⑆ ⑈103003632⑈ ⑉4009568491⑉

CARL HUGHES TRUST ACCOUNT
1218 E. 9TH ST., SUITE 8
EDMOND, OK 73034

4680

39-363/1030

DATE 6/4/15

PAY TO THE ORDER OF _Department of Justice_   $ 55.00

_Fifty Five and No/100_   DOLLARS

**Banc**First.
P.O. Box 26783, Oklahoma City, Oklahoma 73126
MEMBER FDIC - (405) 270-1000

FOR _Williams CIV 14-81 F_
WDO   ⑈004680⑈ ⑆103003632⑆ ⑈400956849⑈

---

CARL HUGHES TRUST ACCOUNT
1218 E. 9TH ST., SUITE 8
EDMOND, OK 73034

4681

39-363/1030

DATE 6/4/15

PAY TO THE ORDER OF _Federal Bureau of Investigation_   $ 55.00

_Fifty Five and No/100_   DOLLARS

**Banc**First.
P.O. Box 26788, Oklahoma City, Oklahoma 73126
MEMBER FDIC - (405) 270-1000

FOR _Williams CIV 14-81 F_
WDO   ⑈004681⑈ ⑆103003632⑆ ⑈400956849⑈

---

CARL HUGHES TRUST ACCOUNT
1218 E. 9TH ST., SUITE 8
EDMOND, OK 73034

4682

39-363/1030

DATE 6/4/15

PAY TO THE ORDER OF _US Attorney Western District Oklahoma_   $ 55.00

_Fifty Five and No/100_   DOLLARS

**Banc**First.
P.O. Box 26788, Oklahoma City, Oklahoma 73126
MEMBER FDIC - (405) 270-1000

FOR _Williams CIV 14-81 F_
WDO   ⑈004682⑈ ⑆103003632⑆ ⑈400956849⑈

## Copying and Production Expenses

| Description | Cost |
|---|---|
| Production of Exhibit Notebooks for Trial | $2,674.14 |
| IDOX | $711.79 |
| Hughes & Hughes | $1,591.76 |

TOTAL:     **$4,977.69**

## Production of Exhibit Notebooks for Trial

| Description | Cost |
|---|---|
| FedEx Estimate for Trial Exhibit Notebooks | $2,674.14 |

TOTAL:     **$2,674.14**

## IDOX Statements

| Description | Cost |
|---|---|
| Exhibit Tabs for Trial Notebooks – 01/02/18 | $101.84 |
| Exhibit Tabs for Trial Notebooks – 01/02/18 | $35.30 |
| Response to Motion for Summary Judgment – 02/09/17 | $236.24 |
| Response to Motion for Summary Judgment – 07/30/15 | $239.41 |
| Motion to Compel – 06/30/15 | $99.00 |

TOTAL:     **$711.79**

## HUGHES & HUGHES Copying and Printing

| Description | Cost |
|---|---|
| 28,956 (Black and White) at $0.04 | $1,158.00 |
| 5,422 (Color) at $0.08 | $433.76 |

**TOTAL:**     **$1,591.76**


Office

**Edmond OK Second St**
101 E 2nd St
Edmond, OK 73034-3813
Telephone: 405.340.9339
Fax: 405.348.7027

February 01, 2018

Kenneth Hughes
Telephone: 405.848.0111

Kenneth Hughes:

Thank you for the opportunity to bid on your print work. As the largest print production network in North America, we have the capabilities to print virtually any project - large or small.

With our innovative technology and top-of-the-line equipment, we can ensure superior quality and results. And, with FedEx in our name, you know you can count on on-time delivery!

The attached page shows the details of your specific project.

This barcode can be used at any of our 1,800+ locations to begin producing your order:


4204-03KY0-1

We look forward to partnering with you on this project, and if we can be of assistance with any future work, please don't hesitate to contact us.

Sincerely,

Kody Field
Lead Consultant

Quantities and descriptions listed in the above section are based upon information provided by the customer. Any changes in customer project information will require a new estimate. Quote not valid for fulfilment at university, hotel and convention center locations. University, hotel and convention centers must be bid on-site at the location. This price quote is valid until 03/19/2018. © 2016 FedEx Office Print and Ship Center, Inc. All rights reserved. Cs06.117 8.07


Office

BID

4204-03KY0-1

**Edmond OK Second St**
101 E 2nd St
Edmond, OK 73034-3813

Telephone: 405.340.9339
Fax: 405.348.7027

**Prepared for:** Kenneth Hughes
**Telephone:** 405.848.0111
**Bid Name:** Binders
**Description:** FS Color Copies

**Bid Reference:** 4204-03KY0-1
**Date:** 02/01/2018
**Estimator:** Kody Field
**Store Number:** 4204

| Quantity | Description | Unit Price | Disc. Price | Line Total | Discount | Sub-Total |
|---|---|---|---|---|---|---|
| 6000 | CLR 1S Copy/Print | $0.6900 | $0.3900 | $4140.00 | $1800.00 | $2340.00 |
| 560 | BW on Tab Paper | $0.3500 | $0.3499 | $196.00 | $0.00 | $196.00 |
| 6000 | Drill Per Sheet | $0.01 | $0.0100 | $60.00 | $0.00 | $60.00 |
| 1 | Drilling Setup | $1.25 | $1.2500 | $1.25 | $0.00 | $1.25 |
| 11 | BndrEcoVw 3inBlk 1Ct | $6.99 | $6.9900 | $76.89 | $0.00 | $76.89 |

**\* Summary Total:** $2674.14

Bring this letter to any of our FedEx Office locations to begin processing your order. If we can be of any future assistance please do not hesitate to contact us.

\* Tax based on local jurisdiction at time of tender.

Accepted by: _____

Quantities and descriptions listed in the above section are based upon information provided by the customer. Any changes in customer project information will require a new estimate. Quote not valid for fulfilment at university, hotel and convention center locations. University, hotel and convention centers must be bid on-site at the location. This price quote is valid until 03/19/2018. © 2016 FedEx Office Print and Ship Center, Inc. All rights reserved. Cs06.117 8.07



| BILL TO | EIN NUMBER | 74-2881120 |
|---|---|---|

| **Hughes & Hughes Law Firm**<br>**1218 East Ninth Street**<br>**Suite 8**<br>**Edmond, OK  73034** | **204 North Robinson**<br>**Suite 1600**<br>**Oklahoma City, OK  73102**<br>**www.idoxs.com** |
|---|---|

| REFERENCE / BILLING # | ORDERED BY | TERMS | REP | DATE | INVOICE # |
|---|---|---|---|---|---|
| CIV-14-81F | Phil Williams | Due on ... | TS | 1/2/2018 | 110329 |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Exhibit Tabs | 250 | 93.75T |
|  |  |  |

| Thank you for your business! | Sales Tax (8.625%) | $8.09 |
|---|---|---|

### We Accept VISA, MC and American Express

| Oklahoma City | Tulsa | Austin | **Total   $101.84** |
|---|---|---|---|
| **V. 405.235.0444**<br>**F. 405-235-0999**<br>**Toll Free 855.GO.IDOXS** | **V. 918.388.3697**<br>**F. 918.388.3698**<br>**Toll Free 855.GO.IDOXS** | **Toll Free**<br>**855.GO.IDOXS** | **www.idoxs.com** |



| BILL TO | EIN NUMBER | 74-2881120 |
|---|---|---|

| BILL TO |
|---|
| **Hughes & Hughes Law Firm**<br>**1218 East Ninth Street**<br>**Suite 8**<br>**Edmond, OK  73034** |

| |
|---|
| **204 North Robinson**<br>**Suite 1600**<br>**Oklahoma City, OK  73102**<br>**www.idoxs.com** |

| REFERENCE / BILLING # | ORDERED BY | TERMS | REP | DATE | INVOICE # |
|---|---|---|---|---|---|
| CIV-14-81F | Phil Williams | Due on ... | TS | 1/2/2018 | 110328 |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Exhibit Tabs | 65 | 32.50T |

| | |
|---|---|
| Thank you for your business! | Sales Tax (8.625%)   $2.80 |

| **We Accept VISA, MC and American Express** | **Total    $35.30** |
|---|---|

| Oklahoma City | Tulsa | Austin | |
|---|---|---|---|
| **V. 405.235.0444**<br>**F. 405-235-0999**<br>**Toll Free 855.GO.IDOXS** | **V. 918.388.3697**<br>**F. 918.388.3698**<br>**Toll Free 855.GO.IDOXS** | **Toll Free**<br>**855.GO.IDOXS** | **www.idoxs.com** |



| BILL TO | EIN NUMBER | 74-2881120 |
|---|---|---|

**Hughes & Hughes Law Firm**
**1218 East Ninth Street**
**Suite 8**
**Edmond, OK  73034**

*204 North Robinson*
*Suite 1600*
*Oklahoma City, OK  73102*
*www.idoxs.com*

| REFERENCE / BILLING # | ORDERED BY | TERMS | REP | DATE | INVOICE # |
|---|---|---|---|---|---|
| Williams v. OKC | Carl | Due on ... | TS | 2/9/2017 | 104381 |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Digital Black and White Prints | 858 | 160.88T |
| Exhibit Tabs | 52 | 13.00T |
| Punching or Drilling Documents | 910 | 9.10T |
| GBC/Comb Bind(s) | 2 | 5.00T |
| Labor Hours-Delivery to Judge Friot at Federal Court | 0.5 | 30.00T |

Thank you for your business!

**Sales Tax (8.375%)**          $18.26

**We Accept VISA, MC and American Express**

**Total   $236.24**

| Oklahoma City | Tulsa | Austin | |
|---|---|---|---|
| V. 405.235.0444<br>F. 405-235-0999<br>Toll Free 855.GO.IDOXS | V. 918.388.3697<br>F. 918.388.3698<br>Toll Free 855.GO.IDOXS | Toll Free<br>855.GO.IDOXS | **www.idoxs.com** |



| BILL TO | | EIN NUMBER | 74-2881120 |
|---|---|---|---|
| **Hughes & Hughes Law Firm**<br>**1218 East Ninth Street**<br>**Suite 8**<br>**Edmond, OK  73034** | | **204 North Robinson**<br>**Suite 1600**<br>**Oklahoma City, OK  73102**<br>**www.idoxs.com** | |

| REFERENCE / BILLING # | ORDERED BY | TERMS | REP | DATE | INVOICE # |
|---|---|---|---|---|---|
| Williams v. OKC | Carl | Due on ... | TS | 7/30/2015 | 94491 |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Digital Prints with Medium Handling | 967 | 152.30T |
| Exhibit Tabs | 57 | 14.25T |
| Punching or Drilling Documents | 936 | 9.36T |
| GBC/Comb Bind(s) | 6 | 15.00T |
| Labor Hours-Delivering to Judge Friot's Office | 0.5 | 30.00T |

Thank you for your business!

| | Sales Tax (8.375%) | $18.50 |
|---|---|---|

**We Accept VISA, MC and American Express**

**Total   $239.41**

| Oklahoma City | Tulsa | Austin | |
|---|---|---|---|
| **V. 405.235.0444**<br>**F. 405-235-0999**<br>**Toll Free 855.GO.IDOXS** | **V. 918.388.3697**<br>**F. 918.388.3698**<br>**Toll Free 855.GO.IDOXS** | **Toll Free**<br>**855.GO.IDOXS** | **www.idoxs.com** |



| BILL TO | | EIN NUMBER | | 74-2881120 |
|---|---|---|---|---|

**Hughes & Hughes Law Firm**
**1218 East Ninth Street**
**Suite 8**
**Edmond, OK  73034**

**204 North Robinson**
**Suite 1600**
**Oklahoma City, OK  73102**
**www.idoxs.com**

| REFERENCE / BILLING # | ORDERED BY | TERMS | REP | DATE | INVOICE # |
|---|---|---|---|---|---|
| Williams v. OKC | Carl | Due on ... | TS | 6/30/2015 | 93961 |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Digital Prints with Medium Handling | 324 | 51.03T |
| Exhibit Tabs | 8 | 2.00T |
| Punching or Drilling Documents | 332 | 3.32T |
| GBC/Comb Bind(s) | 2 | 5.00T |
| Labor Hours-Delivering to Judge Friot's Office | 1 | 30.00T |

Thank you for your business!

Sales Tax (8.375%)     $7.65

**We Accept VISA, MC and American Express**

| Oklahoma City | Tulsa | Austin |
|---|---|---|
| V. 405.235.0444<br>F. 405-235-0999<br>Toll Free 855.GO.IDOXS | V. 918.388.3697<br>F. 918.388.3698<br>Toll Free 855.GO.IDOXS | Toll Free<br>855.GO.IDOXS |

**Total     $99.00**

**www.idoxs.com**

CLIENT ID        **PHIL WILLIAMS**

| TOTAL COUNT | BLACK & WHITE | **00,028,956** |
|---|---|---|
| COPIES | **00,016,216** | |
| PRINTS | **00,012,740** | |
| FAX RECEIVE | **00,000,000** | |
| DOC FILING | **00,000,000** | |
| OTHERS | **00,000,000** | |
| SCAN SEND | **00,000,000** | |
| FAX SEND | **00,000,000** | |
| SCAN TO HDD | **00,000,000** | |

| TOTAL COUNT | FULL COLOR | **00,005,422** |
|---|---|---|
| COPIES | **00,000,543** | |
| PRINTS | **00,004,879** | |
| FAX RECEIVE | **00,000,000** | |
| DOC FILING | **00,000,000** | |
| OTHERS | **00,000,000** | |
| SCAN SEND | **00,000,000** | |
| FAX SEND | **00,000,000** | |
| SCAN TO HDD | **00,000,000** | |

| Other Costs | |
|---|---|
| **Description** | **Cost** |
| Phil Williams -- Flash-Drives, Filing Materials, 3-Ring Binders, Paper, etc. | $202.08 |
| Hughes & Hughes -- 10 Flash-Drives (8gb) for Electronic Exhibits, Exchange with Defendants, and JERS Submission | $48.99 |

**TOTAL:**     **$251.07**



```
      CLUB MANAGER PATRICE FOWLER
            ( 405 ) 943 - 9810
            OKLAHOMA CITY, OK
12/10/17 13:15 1475 08289 006    3386

PHIL

     468948 ZIPFIZZ              19.98 T
 E   212630 SALTINES      F       5.48 T
     682966 HMLBUSPAPER          32.98 T
                  SUBTOTAL       68.44

        TAX 1   8.375 %           4.89
                    TOTAL        63.33
                VISA  TEND       63.33
CHASE VISA    **** **** **** 7544  I 1
APPROVAL # 06686D

AID A0000000031010
TC 88742F982C3678B4
TERMINAL # SC011123
*NO SIGNATURE REQUIRED
                CHANGE DUE        0.00

Visit samsclub.com to see your savings
```

# # ITEMS SOLD 3

```
   TC# 7984 1699 5102 6646 8463
```

## Happy to Help

***  MEMBER COPY  ***



# Office DEPOT
# OfficeMax



OKLAHOMA CITY   (405) 946-8040
01/04/2018  19:17:09

21V16PPPXNGX54RM9

SALE            2252 3 2100 794649 17 9 2
246621  INV USB 2.0,16
  5 9 6 00                     30 00
  Instant Savings               0 05
        You Pay            29.96SS
        Subtotal:          29.95
        Sales Tax:          2.58
        Total              32.53
     MasterCard 3391:      32 53

AUTH CODE 046820
HIS Chip Read
AID A0000000042203  Debit
TVR 8000088000
CVS No Signature Required

    PHILLIP WILLIAMS 1125184273
    Please create your online rewards
    account at officedepot.com/rewards.
    You must complete your account to
    claim your rewards and view your
                status

         Total Savings
            $0.05
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
     WE WANT TO HEAR FROM YOU!

    Participate in our online customer
     survey and receive a coupon for
    $10 off your next qualifying
    purchase of $60 or more on
   office supplies, furniture and more.
   (Excludes Technology. Limit 1 coupon per
          household/business.)

    Visit www.officedepot.com/feedback
     and enter the survey code below
          153Q XD7H 634B
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

---

CLUB MANAGER MICHAEL
( 405 ) 703
4101 NW 39 BAY AVENUE
OKLAHOMA CITY OK 73112
01/06/18 08:13 1871  185 006      139

MEMBER  101 ******2971

# THANK YOU,

PHIL

  994302 INNOT PLUS        18.98 T
         SUBTOTAL          18.98

   TAX 1   0.625 %         1.64
         Total             20.62
         MCARD TEND        20.62
Debit       **** **** **** 3391   I O
APPROVAL # 092432

AID A0000000042203
TC CDA36C4E4660FC3E
TERMINAL # SC011508
+NO SIGNATURE REQUIRED
   01/06/18     08:13:58
         CHANGE DUE         0.00

Visit samsclub.com to get your savings

# # ITEMS SOLD 1

TC# 0088 7195 9395 3030 0197

# Happy to Help

  Save time, order ahead.
  SamsClub.com/clubpickup
   01/06/18      08:13:59

  *** MEMBER COPY ***



# Office DEPOT
# OfficeMax

OKLAHOMA CITY - (405) 440-2905
12/16/2017  3.30 PM

22TT73APA6355BEFW

SALE          676-1-9000-879703-17.9.2
1400527 Plastic For Sa
  2 @ 2.99           5.98
        You Pay       5.98SS
        Subtotal      5.98
        Sales Tax     0.50
        Total         6.48
  MasterCard 3391     6.48

AUTH CODE 048308
IDS Chip Read
AID A0000000042203   Debit
TVR 8000088000
CVS No Signature Required

Shop online at www.officedepot.com
**************************************
WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
**$10 off your next qualifying**
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)
www.TellOfficeDepot.com
and enter the survey code below:
**14XS H32K 4SR7**
**************************************



# Office DEPOT
# OfficeMax

OKLAHOMA CITY   (405) 946-8040
01/01/2018  1.55 PM

2TYT3PPP6XQX4446F

SALE          2252-3-1743-868540-17.9.2
213004  BDR.INP.VW.4".
  3 @ 9.79             29.37
  Override  Customer Satisfaction
        You Pay       29.37SS
        Subtotal      29.37
        Sales Tax      2.53
        Total         31.90
  Visa 7544:          31.90

AUTH CODE 023030
IDS Chip Read
AID A0000000031010   CHASE VISA
TVR 0000008000
CVS Signature Verified

PHILIP WILLIAMS 1125184273
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
status

Total Savings:
**$24.60**
**************************************
WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
**$10 off your next qualifying**
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below:
**1S3Q 1F6C TQZD**
**************************************



## Office DEPOT
## OfficeMax

OKLAHOMA CITY  (405) 946-8640
01/09/2018  9:20 AM

2T1T7PPPUX0464WWF

SALE       2262-4-8014-799214-12-9-2
212464  BUR,DUP,VW,1.5"
 4 @ 4.99              14.97
 Promotion            -3.60
        You Pay       11.37SS
212464  BUR,DUP,RR,3"
 3 @ 9.49             28.47
 Promotion            -7.50
        You Pay       20.97SS
        Subtotal:     32.34
        Sales Tax      2.79
        Total:        35.13
        Visa 7544:    35.13

AUTH CODE 04336D
IDS Chip Read
AID A0000000031010   CHASE VISA
TVR 0000008000
CVS Signature Verified

        PHILLIP WILLIAMS 1125184273
       Please create your online rewards
       account at officedepot.com/rewards.
       You must complete your account to
        claim your rewards and view your
                status.
            Total Savings:
               $11.10
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
       WE WANT TO HEAR FROM YOU!

       Participate in our online customer
        survey and receive a coupon for
       $10 off your next qualifying
        purchase of $60 or more on
       office supplies, furniture and more.
       (Excludes Technology. Limit 1 coupon per
                household/business.)

       Visit www.officedepot.com/feedback
        and enter the survey code below:
            363S BZBB JMET
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



## Office DEPOT
## OfficeMax

OKLAHOMA CITY  (405) 440-2905
12/31/2017  11:52 AM

221TA3APM6YYRB48W

SALE       676-2-6496-890984-17-9-2
212464  BUR,INP,VW,3".
 4 @ 12.99             51.96
 Promotion           -12.80
        You Pay       39.16SS
        Subtotal:     39.16
        Sales Tax      3.28
        Total:        42.44
        Visa 7544:    42.44

AUTH CODE 02109D
IDS Chip Read
AID A0000000031010   CHASE VISA
TVR 0000008000
CVS Signature Verified

        PHILLIP WILLIAMS 1125184273
       Please create your online rewards
       account at officedepot.com/rewards.
       You must complete your account to
        claim your rewards and view your
                status.

            Total Savings:
               $12.80
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
       WE WANT TO HEAR FROM YOU!

       Participate in our online customer
        survey and receive a coupon for
       $10 off your next qualifying
        purchase of $60 or more on
       office supplies, furniture and more.
       (Excludes Technology. Limit 1 coupon per
                household/business.)

          www.TellOfficeDepot.com
        and enter the survey code below:
            14XX WSDR 340S
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**Carl Hughes**

| | |
|---|---|
| **From:** | Amazon.com <shipment-tracking@amazon.com> |
| **Sent:** | Friday, November 17, 2017 5:53 AM |
| **To:** | carl.hughes@sbcglobal.net |
| **Subject:** | Your Amazon.com order of "Enfain 8GB x 10 Multi Pack..." has shipped! |



Hi Carl, your package will arrive:

# Saturday, November 18

Track package

🚚 **ON THE WAY**

Enfain 8GB x 10 Multi
Pack...
Order #112-0996031-2168234

◎ **SHIP TO**

Carl Hughes
1218 E. 9th St....

🏷 **SHIPMENT TOTAL**

$48.99

Return or replace items in Your Orders

Customers who bought Enfain 8GB x
10... also bought